# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | MS Packaging & Supply Distribution Corp | 12/8/2022 | 266424 | Check | $ 13,737.60 |
| Akorn Operating Company, LLC | MS Packaging & Supply Distribution Corp | 12/15/2022 | 266582 | Check | $ 11,180.40 |
| Akorn Operating Company, LLC | MS Packaging & Supply Distribution Corp | 1/12/2023 | 267010 | Check | $ 36,313.95 |
| Akorn Operating Company, LLC | MS Packaging & Supply Distribution Corp | 2/1/2023 | 267196 | Check | $ 102,743.40 |
| | | | | | $ 163,975.35 |