# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>                Plaintiff,<br>    v.<br><br>MS PACKAGING & SUPPLY DISTRIBUTION CORP.,<br><br>                Defendant. | Adv. Proc. No. 25-50343 (KBO)<br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for MS Packaging & Supply Distribution Corp. (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 19, 2025 [Adv. D.I. 1] (the "Complaint").

2. Defendant's deadline to respond to the Complaint is May 22, 2025.

3. The parties agree that Defendant shall have through and including June 20, 2025, to answer or otherwise plead to the Complaint.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

55609593.1 05/27/2025

-2-

Dated: May 27, 2025

| **SAUL EWING LLP** | **FARRELL FRITZ, P.C.** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Patrick Collins* |
| Evan T. Miller (DE Bar No. 5364) | Patrick Collins |
| Paige N. Topper (DE Bar No. 6470) | 400 RXR Plaza |
| 1201 N. Market Street, Suite 2300 | Uniondale, NY  11556 |
| Wilmington, DE 19801 | Telephone (516) 227-0700 |
| Telephone: (302) 421-6800 | Facsimile (516) 336-2232 |
| evan.miller@saul.com | PCollins@FarrellFritz.com |
| paige.topper@saul.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |