# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MS PACKAGING & SUPPLY DISTRIBUTION CORP.,<br><br>Defendant. | Adv. Proc. No. 25-50343 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 11, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the party below:

| | |
|---|---|
| ***E-Mail***<br>Shanna Kaminski<br>Kaminski Law PLLC<br>88 Pine Street, Ste. 2430<br>New York, New York 10005<br>Email: skaminski@kaminskilawpllc.com | |

Dated: July 21, 2025          **SAUL EWING LLP**

                              By: */s/ Evan T. Miller*
                              Evan T. Miller (DE Bar No. 5364)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

          Paige N. Topper (DE Bar No. 6470)
          1201 N. Market Street, Suite 2300
          Wilmington, DE 19801
          Telephone: (302) 421-6800
          evan.miller@saul.com
          paige.topper@saul.com

*Counsel to Plaintiff*