# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MS PACKAGING & SUPPLY DISTRIBUTION CORP.,<br><br>Defendant. | Adv. Proc. No. 25-50343 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 21, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the party below:

| *E-Mail*<br>Patrick Collins<br>Farrell Fritz, P.C.<br>400 RXR Plaza, Uniondale, NY 11556<br>E-Mail: pllccollins@optonline.net | **E-Mail**<br>Patrick Collins<br>Farrell Fritz, P.C.<br>400 RXR Plaza, Uniondale, NY 11556<br>E-Mail: pcollins@farrellfritz.com |
|---|---|

Dated: July 21, 2025          **SAUL EWING LLP**

By: */s/ Evan T. Miller*
     Evan T. Miller (DE Bar No. 5364)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to Plaintiff*

2