# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | Adv. Pro. No. 25-50343 (KBO) |
| Plaintiff, | |
| v. | |
| MS PACKAGING & SUPPLY DISTRIBUTION CORP., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that, I caused a copy of the *Answer And Affirmative Defenses To Complaint* [D.I. 16; filed on 10/20/2025] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's electronic system and via first-class mail upon the parties below on October 20, 2025.

Evan T. Miller
Paige N. Topper
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, DE  19801

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184).  The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

10

                        **THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
Chan (Cora) Dong (DE #7393)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
dong@teamrosner.com