**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MS PACKAGING & SUPPLY DISTRIBUTION CORP.,<br><br>Defendant. | Adv. Proc. No. 25-50343 (KBO) |

**NOTICE OF SERVICE**

I, Evan T. Miller, hereby certify that, on November 4, 2025, a copy of the Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions Directed to Defendant was served via E-Mail on the parties below:

| **E-Mail** | **E-Mail** |
|---|---|
| Frederick B. Rosner, Esquire<br>Chan (Cora) Dong, Esquire<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>E-Mail: rosner@teamrosner.com<br>dong@teamrosner.com | Patrick Collins, Esquire<br>Farrell Fritz, P.C.<br>400 RXR Plaza, Uniondale, NY 11556<br>E-Mail: pcollins@farrellfritz.com<br>pllccollins@optonline.net |

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

Dated: November 4, 2025

**SAUL EWING LLP**

By: */s/ Evan T. Miller*

Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to Plaintiff*