# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>    Plaintiff,<br>v.<br><br>MS PACKAGING & SUPPLY DISTRIBUTION CORP.,<br><br>    Defendant. | Adv. Proc. No. 25-50343 (KBO) |

## **NOTICE OF SERVICE**

I, Frederick B. Rosner, hereby certify that, on January 21, 2026, a copy of the (1) *Defendant's Responses to Plaintiff's Request for Admissions* (2) *Defendant MS Packaging & Supply Distribution Corp.'s Responses and Objections to Plaintiff's First Request for Production of Documents* and (3) *Defendant's Responses to Plaintiffs' First Set of Interrogatories Directed to Defendant* was served via electronic mail and first-class mail upon the parties listed below:

Turner Falk
Saul Ewing LLP
1735 Market Street
34th Floor
Philadelphia, PA 19103
Email: turner.falk@saul.com

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

1

Evan T. Miller
Paige Noelle Topper
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
Email: evan.miller@saul.com
paige.topper@saul.com

Michelle G. Novick
Saul Ewing LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Steven C. Reingold
Saul Ewing LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Email: steven.reingold@saul.com

*Counsel to Plaintiff*

Dated: January 21, 2026

Respectfully Submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner, Esq. (DE 3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email:  rosner@teamrosner.com

-and-

**FARRELL FRITZ, P.C.**
Patrick Collins
400 RXR Plaza
Uniondale, New York 11556
(516) 227-0700
PCollins@farrellfritz.com

*Attorneys for Defendant MS Packaging & Supply Distribution Corp*