# Exhibit A

**Schedule of Settlements Subject to Notice of Settlement Provisions**

57765211.1
395689-00002
57638897.2

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| MS Packaging & Supply Distribution Corp | $163,975.35 | $20,000.00 | 25-50343 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Napp Technologies | $80,400.00 | $40,000.00 | 25-50104 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Quincy Compressor, LLC | $17,968.71 | $7,500.00 | 25-50311 | Settlement is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1]   Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2]   Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

Exhibit A

57765211.1
395689-00002
57638897.2